**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 MAR 17 PM 3:03

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No.  _____

(To be supplied by the court)

David Bindsa⁊ Sr _____, Plaintiff

v.

Greeley Police Dept,

Monfort Homeless Shelf

Evan

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

DAVID Bradsalls

(Name and complete mailing address)

_____

(Telephone number and e-mail address)

## B. ·   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Greeley Police Dept All

(Name and complete mailing address) Greeley Colo 80651

UnKNow

(Telephone number and e-mail address if known)

Defendant 2: Evan Homeless Shelter         worked Cleanand Kickout

(Name and complete mailing address)

3001 w 29 Evan Co 80620

(Telephone number and e-mail address if known) And then with Assau t

By staff

## C. · JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

_____    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

**✗**    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

**✗.**    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

_____    Other: (*please specify*) I was white in A Spanish County

2

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                    ☒ different terms and conditions of employment

_____ failure to promote              ☒ failure to accommodate disability

☒ termination of employment       ☒ retaliation

_____ other: (*please specify*) I cleaN trash move C Art
from 6 - 5pm was. told to leave And
walk to Denver Before they Put A Battet

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*) in my Head

☒ race                    ☒ religion              _____ national origin        ☒ age

☒ color                   _____ sex                ☒ disability

Homeless

Supporting facts:

CLAIM TWO: *I cloan pick up tract mop Floor in Bath*

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                         _____ different terms and conditions of employment

_____ failure to promote                 __✓__ failure to accommodate disability

__✓__ termination of employment     __✓__ retaliation *They said I was trespasing*

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

__✓__ race            __✓__ religion          _____ national origin        __✓__ age

_____ color           _____ sex               __✓__ disability

*mentty ill,*

Supporting facts:

**Click Here for Additional Claim**

4

## E.     ADMINISTRATIVE PROCEDURES

.Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

☐ Yes (***You must attach a copy of the administrative charge to this complaint***)

☒ No

· Have you received a notice of right to sue? (*check one*)

☐ Yes (***You must attach a copy of the notice of right to sue to this complaint***) .

☒ No

## F.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* I ReQuest PAymen t 30,000 for th eats Greeley Police Are known to take with al they do. I wasn't allowed the Bus the boat or Any store do. I told me to walk to And No come back it not And puntiue Also court to Be Assault By them

## G.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3 -17 -2017
(Date)

(Revised December 2017)

5 .