IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00793-LTB-GPG

DAVID BIRDSALL, SR.,

    Plaintiff,

v.

GREELEY POLICE DEPT., and
MONFORT HOMELESS SHELTER, Evan,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on May 25, 2021, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 25 day of May, 2021.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/E. Van Alphen
                                        Deputy Clerk